**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> LAWANDA JOHNSON, <br><br> Defendant - Appellant. | No. 24-3916 <br><br> D.C. No. 3:09-cr-05703-DGE-2 <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
David G. Estudillo, District Judge, Presiding

Submitted January 22, 2025[**]

Before:    CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

LaWanda Johnson appeals pro se from the district court's orders denying her second petition for a writ of error coram nobis and her motions seeking relief from that order. We have jurisdiction under 28 U.S.C. § 1291. Reviewing de novo, *United States v. Riedl*, 496 F.3d 1003, 1005 (9th Cir. 2007), we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We agree with the district court that Johnson is not entitled to coram nobis relief. *See id*. at 1006 (stating requirements for coram nobis relief). As to the claims that were properly presented to the district court, Johnson did not establish either a valid reason for failing to attack her conviction earlier or an error of the most fundamental character. Furthermore, Johnson has not shown that the district court abused its discretion in denying her motions for reconsideration and motions for relief under Federal Rules of Civil Procedure 52(b) and 59(e). *See Smith v. Pac. Props. & Dev. Corp*., 358 F.3d 1097, 1100 (9th Cir. 2004).

We do not address Johnson's arguments for coram nobis relief that were not properly presented to the district court. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (this court generally will not review issues raised for the first time on appeal); *Cacoperdo v. Demosthenes*, 37 F.3d 504, 508 (9th Cir. 1994) (claim for relief is not properly raised before the district court if it is not made in the principal motion or petition; such a claim is not cognizable on appeal).

**AFFIRMED.**